# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

## ORDER REASSIGNING CASE

Pursuant to the *General Order Assigning Civil and Criminal Actions* (GO 14-20) entered on December 19, 2014, the Court **REASSIGNS** the following case:

| Civil Case Reassigning to U.S. District Judge Rodney Gilstrap | |
| --- | --- |
| 2:15cv578 | Uniloc USA, Inc. et al v. Genband US LLC |

**SIGNED this 8th day of May, 2015.**

*(signature)*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE