IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNILOC USA, INC., et al. § | |
| § | CIVIL ACTION NO. 2:15-cv-578-JRG |
| v. § | |
| § | |
| GENBAND US LLC § | |

**JOINT STIPULATION FOR ENTRY OF ORDER OF DISMISSAL**

WHEREAS, Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A ("Uniloc") and Defendant GENBAND US LLC ("GENBAND) have agreed to settle this matter.

NOW, THEREFORE, Uniloc and GENBAND stipulate, subject to the approval of the Court, that:

1. Any and all claims and/or counterclaims by Uniloc and GENBAND against one another are dismissed with prejudice from the case.

2. Uniloc and GENBAND shall each bear their own attorney's fees, expenses and costs.

Date:  April 25, 2016                              Respectfully submitted,

*/s/ James L. Etheridge*

James L. Etheridge
Texas State Bar No. 24059147
Ryan S. Loveless
Texas State Bar No. 24036997
Brett A. Mangrum
Texas State Bar No. 24065671
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249

Facsimile: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com

**ATTORNEYS FOR PLAINTIFFS UNILOC USA, INC. and UNILOC LUXEMBOURG S.A**

/s/ *Michael J. Fogarty, III*

Michael J. Fogarty, III
Texas Bar No. 24002097
FOGARTY, L.L.C.
5700 Granite Parkway, Suite 200
Plano, Texas 75024
214-722-8983 (telephone)
888-453-1815 (fax)
mjf@fogartyip.com

Deron R. Dacus
Texas Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)
E-mail: ddacus@dacusfirm.com

**COUNSEL FOR GENBAND US LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system per Local Rule CV-5(a)(3) on the 25th day of April 2016.

*/s/ James L. Etheridge*

James L. Etheridge